IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LADARIUS MARSHALL, | ) |
| Plaintiff, | ) Case No. 22-CV-00525 |
| v. | ) |
| | ) Hon. Brett H. Ludwig |
| CITY OF MILWAUKEE, et al., | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The Parties provide the following status report regarding their progress on settlement discussions: The Parties entered into a tentative settlement agreement on April 25, 2023. It is Defendants' understanding that the settlement amount was introduced in the Common Counsel in May 2023. Defendants further understand, and have communicated the same to Plaintiffs, that final approval is still pending from the necessary legislative sub-committee. Defendants anticipate final approval to occur on or about June 12, 2023.

Respectfully submitted,

Ladarius Marshall

/s/ Scott Rauscher
One of His Attorneys
Arthur Loevy
Jon Loevy
Megan Pierce
Scott Rauscher, and
Renee Spence

LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900 (phone)
scott@loevy.com
spence@loevy.com

Defendants

/s/ Matthew J. Mc Carter
Avi Kamionski,
Shneur Nathan,
Matthew J. Mc Carter, and
Warren Fasone

NATHAN & KAMIONSKI LLP
33 w. Monroe, Suite 1830
Chicago, IL 60603
(312) 612-2255 (phone)
mmccarter@nklawllp.com

1